In the Matter of the Estate of ABRAHAM HILLOWITZ, Deceased. SELMA WERNICK et al., Appellants; MARY HILLOWITZ, Respondent.—

Christ, Acting P. J.,
Brennan, Rabin and Hopkins, JJ., concur.